AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

**CRIMINAL COMPLAINT**

vs.

CASE NUMBER: 3 07m 63

DAVID LEE SCHIMMEL

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about March 2005 up through March 16, 2007, in Okaloosa County, in the Northern District of Florida, defendant(s) did,

Conspire to distribute and possess with intent to distribute five kilograms or more of cocaine and 100 kilograms or more of marijuana, in violation of Title 21, United States Code, Section(s) 846 and 841(a)(1). I further state that I am a(n) Special Agent with the Drug Enforcement Administration, and that this Complaint is based on the following facts:

### SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant
SA Michael H. Clear, DEA

Sworn to before me and subscribed in my presence,

April 5, 2007                                   at   Pensacola, Florida

ELIZABETH M. TIMOTHY
U.S. Magistrate Judge

FILED April 5, 2007
(Date)
NORTHERN DISTRICT OF FLORIDA
U.S. MAGISTRATE JUDGE