IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

**INDICTMENT**

DAVID LEE SCHIMMEL
and
LOUIS HILAIRE GAGNON

3:07cr58 - MCR

_____

THE GRAND JURY CHARGES:

COUNT ONE

That from on or about January 1, 2005, through the date of the return of this Indictment, in the Northern District of Florida and elsewhere, the defendants,

DAVID LEE SCHIMMEL
and
LOUIS HILAIRE GAGNON,

did knowingly and willfully combine, conspire, confederate and agree together and with other persons, to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), and that this offense involved five (5) kilograms or more of a mixture and substance containing cocaine and one thousand (1,000) kilograms or more of a mixture and substance containing marijuana, in violation of Title 21, United States Code, Sections 841(b)(1)(A)(ii) and (b)(1)(A)(vii).

> Returned in open court pursuant to Rule 6(f)
>
> 4-18-07
> Date
>
> _[signature]_
> United States Magistrate Judge

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

That on or about April 2, 2007, in the Northern District of Florida, the defendants,

**DAVID LEE SCHIMMEL**
**and**
**LOUIS HILAIRE GAGNON,**

did knowingly and intentionally possess with intent to distribute a controlled substance, and that this offense involved five (5) kilograms or more of a mixture and substance containing cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii), and Title 18, United States Code, Section 2.

## COUNT THREE

That on or about April 2, 2007, in the Northern District of Florida, the defendants,

**DAVID LEE SCHIMMEL**
**and**
**LOUIS HILAIRE GAGNON,**

did knowingly and intentionally possess with intent to distribute a controlled substance, and that this offense involved one hundred (100) kilograms or more of a mixture and substance containing marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii), and Title 18, United States Code, Section 2.

## CONTROLLED SUBSTANCE FORFEITURE

The allegations contained in Counts One, Two and Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 21, United States Code, Section 853.

From their engagement in the violations alleged in Counts One, Two and Three of this Indictment, punishable by imprisonment for more than one year, which counts are re-alleged and incorporated as if more fully set forth herein, the defendants,

**DAVID LEE SCHIMMEL**
**and**
**LOUIS HILAIRE GAGNON,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of their interest in:

    A.    Property constituting or derived from any proceeds the defendants obtained directly or indirectly as the result of such violations; and

    B.    Property used in any manner or part to commit or to facilitate the commission of such violations.

If any of the property subject to forfeiture as a result of any act or omission of the defendants:

    A.    cannot be located upon the exercise of due diligence;

    B.    has been transferred or sold to, or deposited with, a third person;

    C.    has been placed beyond the jurisdiction of this Court;

    D.    has been substantially diminished in value; or

    E.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the

above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL:

FOREPERSON

4-17-2007
DATE

GREGORY R. MILLER
United States Attorney

EDWIN KNIGHT
Assistant United States Attorney

4