IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                             CASE No.: 3:07cr58/MCR

DAVID LEE SCHIMMEL
_____/

### VERDICT FORM

We, the jury, in the above entitled and numbered case, unanimously find the Defendant, **DAVID LEE SCHIMMEL**,

### COUNT ONE

_____  NOT GUILTY

__X__  GUILTY beyond a reasonable doubt of the offense of conspiracy to distribute and possess with intent to distribute cocaine and marijuana, as charged in Count One.

If you find the Defendant not guilty of Count One, then skip the following and continue to Count Two. If you have found the Defendant guilty of Count One, then you must determine the amount of cocaine and marijuana involved in the conspiracy, and indicate your unanimous decision by checking one of the following:

*Cocaine*

__X__  Five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine.

_____  Less than five (5) kilograms, but five hundred (500) grams or more of a mixture or substance containing a detectable amount of cocaine.

_____  Less than five hundred (500) grams of a mixture or substance containing a detectable amount of cocaine.

_____  The offense did not involve cocaine.

FILED IN OPEN COURT THIS

8-9-2007

CLERK, U.S. DISTRICT COURT, NORTH. DIST. FLA.

*Marijuana*

__X__   One thousand (1000) kilograms or more of a mixture or substance containing a detectable amount of marijuana.

_____   Less than one thousand (1000) kilograms, but one hundred (100) kilograms or more of a mixture or substance containing a detectable amount of marijuana.

_____   Less than one hundred (100) kilograms of a mixture or substance containing a detectable amount of marijuana.

_____   Less than fifty (50) kilograms of a mixture or substance containing a detectable amount marijuana

_____   The offense did not involve marijuana.

## COUNT TWO

_____   NOT GUILTY

__X__   GUILTY beyond a reasonable doubt of the offense of possession with intent to distribute cocaine, as charged in Count Two.

If you find the Defendant not guilty of Count Two, then skip the following and continue to Count Three. If you have found the Defendant guilty of Count Two, then you must determine the amount of cocaine involved, and indicate your unanimous decision by checking one of the following:

*Cocaine*

__X__   Five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine.

_____   Less than five (5) kilograms, but five hundred (500) grams or more of a mixture or substance containing a detectable amount of cocaine.

_____   Less than five hundred (500) grams of a mixture or substance containing a detectable amount of cocaine.

## COUNT THREE

_____    NOT GUILTY

__X__    GUILTY beyond a reasonable doubt of the offense of possession with intent to distribute marijuana, as charged in Count Three.

If you find the Defendant not guilty of Count Three, then skip the following section regarding the amount of marijuana. The foreman should date and sign the verdict form. If you have found the Defendant guilty of Count Three, then you must determine the amount of marijuana involved, and indicate your unanimous decision by checking one of the following:

*Marijuana*

__X__    Less than one thousand (1000) kilograms, but one hundred (100) kilograms or more of a mixture or substance containing a detectable amount of marijuana.

_____    Less than one hundred (100) kilograms of a mixture or substance containing a detectable amount of marijuana.

_____    Less than fifty (50) kilograms of a mixture or substance containing a detectable amount marijuana

SO SAY WE ALL, this the __9__ day of __August__, 2007.


Foreperson's Signature