| MARK COOK<br>CHIEF U.S. PROBATION OFFICER<br>119 N. PALAFOX STREET<br>PENSACOLA, FL 32502<br>(850)470-8200<br>FAX (850)470-8226 | **UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF FLORIDA<br>PROBATION OFFICE**<br><br>PLEASE REPLY TO:<br>17 S. DEVILLIERS STREET<br>PENSACOLA, FL 32502-5511<br>(850)435-8430<br>FAX (850)432-0577 | SYLVESTER GRIFFIN<br>DEPUTY CHIEF<br>30 W. GOVERNMENT STREET<br>PANAMA CITY, FL 32401<br>(850)769-8069<br>FAX (850)769-0267 |
|---|---|---|

September 21, 2007

Leo Thomas
Attorney at Law
316 South Baylen Street, Suite 600
Pensacola, Florida 32501

                                RE:    Schimmel, David Lee
                                        DKT # 3:07CR58-001
                                        PRESENTENCE REPORT

Dear Mr. Thomas:

       This letter accompanies the Presentence Report on the above named person, who is scheduled to be sentenced on October 26, 2007, at 9:00 a.m. One copy of this report should be provided to and discussed with your client prior to the sentencing hearing. **Pursuant to Rule 32(f)(1) and (2) of the Federal Rules of Criminal Procedure, any objections must be submitted in writing to the undersigned at Pensacola, and opposing counsel, by October 8, 2007**.

       The Presentence Report is herein transmitted to the U.S. Attorney's Office.

       Please note that Local Rule 88.1(D) directs that, "No person shall otherwise disclose, copy, reproduce, deface, delete from or add to any report within the purview of this rule."

                                              Sincerely yours,

                                              /s/ Pamela D. Lassiter

                                              Pamela D. Lassiter
                                              U.S. Probation Officer

pdl

Attachment: Presentence Report

   cc:     Edwin F. Knight (w/attachment)
            Assistant U.S. Attorney


            Mr. William McCool
            U.S. District Court
            1 North Palafox Street, Suite 226
            Pensacola, Florida 32501-4863

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

07 SEP 24 PM 1: 18

FILED