# United States District Court
## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Time Commenced: 9:38 am  
Time Concluded: 10:22 am  

Case No. 3:07cr58/MCR  
Date October 26, 2007

**PROCEEDINGS: Sentencing Hearing**

Sentence imposed as to Counts 1-3: Custody of BOP for LIFE months; supervised release for 10 years; fine waived, and SMA of $300 (due immediately). Attorney Leo Thomas notifies the Court that Spiro Kypreos is filing a motion for substitution of counsel to represent the Deft on appeal. Deft remanded to custody of U.S. Marshal. SEE FORMAL JUDGMENT.

PRESENT: HON. **M. Casey Rodgers**, JUDGE

| Pam Lassiter | Susan Simms | Gwen Kesinger | Ed Knight |
|---|---|---|---|
| Probation Officer | Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

U.S.A v. (DEFENDANT LISTED BELOW)

(1) **David Schimmel**  
✔ present ✔ custody ___ bond ___ O/R

ATTORNEYS FOR DEFENDANT

(1) Leo Thomas  
✔ present ___ apptd. ✔ retained

- ✔ DFT has read the presentence investigation (PSR) report and has discussed it with his/her attorney.
- ✔ Objections were made to the PSR.
- ✔ Notice of Enhancement filed ___ ✔ Court Question defendant about prior conviction
- ✔ DEFENDANT ADJUDICATED GUILTY OF COUNT(S): 1-3; SENTENCE IMPOSED:
- ✔ DFT remanded to custody of Bureau of Prisons  
  on count(s) 1 & 2 imprisonment for a term of LIFE months  
  3 imprisonment for a term of 480 months  
  
  with said sentences to run ✔ concurrently or ___ consecutively
- ✔ Additional recommendation:  
  ✔ Substance Abuse Treatment while in the custody of BOP  
  ___ Mental Health Treatment while in the custody of BOP  
  ___ Intensive Confinement Center (ICC)
- ✔ FINE PAYMENT: ✔ Fine waived; ___ Fine of $___ ; ✔ SMA OF $ 300 due immediately
- ___ Dft is liable for restitution of:  
  $___ made payable to ___  
  $___ made payable to ___  
  $___ made payable to ___
- ___ DFT is jointly and severally liable for restitution with ___

**SENTENCING MINUTES CONTINUED**                                                                                              **PAGE 2**

✔  S/R or PROBATION.           Dft is under:
    ✔ Supervised Release upon completion of term of imprisonment for a period of __5__ years.
    ___ Probation for a period of _____ years.
    ___ Home Detention of _____ months

With the following special conditions or modifications:
    ____DFT to be deported upon release from BOP
    ____DFT shall cooperate with the US Probation Officer and the Dept. of Homeland Security regarding Immigration status.
        If removed dft shall not re-enter the United States without permission of the Dept. of Homeland Security.
    ____DFT to report to the USPO in the district where released within 72 hours of release from custody of BOP.
    ____DFT shall not own or possess a firearm, dangerous weapon or destructive device.
    ✔ DFT shall submit to:  ✔ testing for the use of drugs or alcohol to excess;
       ✔ DFT shall participate in a program of substance abuse treatment;
       ____ DFT shall participate in a program of mental health treatment.
    ____DFT shall provide requested financial information to the U.S. Probation Officer.
    ____DFT shall make any unpaid fine on a payment schedule to be determine by the US Probation Officer.
    ____DFT shall make any unpaid restitution on a payment schedule to be determine by the US Probation Officer.
    ____Upon release dft to: ___ maintain employment or enroll as full-time student; ___ complete High School Education.
    ____ DFT shall notify the probation officer ten days prior to any change of residence or employment.
    ____ DFT shall cooperate with the US Probation Officer and/or the appropriate state agency in the establishment and enforcement of child support payments
    ____ DFT shall cooperate wth the US Probation Officer in the collection of DNA samples.
    _____ADDITIONAL TERMS:

✔  CUSTODY STATUS
    ✔ DFT committed to the custody of the U.S. Department of Justice.
    ___ DFT to surrender to USMS at _____ or _____ designated institution at his/her own expense no later than _____ on _____.
    ___ DFT remains on bond with ___ the same terms and conditions or ___ modified terms as follows:

____ Remaining count(s) _____ is/are dismissed on government motion.

✔  Court informs Dft of right to appeal.
    _____ Dft request that the Clerk of Court file a notice of Appeal on his/her behalf.

✔  Court recommends place of incarceration at / near   __Ft. Walton Beach, Florida; specifically, FCI Marianna, FL__ .
✔  DFT addresses the Court.
✔  NO FORFEITURE                ____ FINAL ORDER OF FORFEITURE entered.

10:20  Defense (Thomas) notifies Court that Spiro Kypreos is filing a motion for substitution of counsel re: appeal.

                                                             **Filed in Open Court**

                                                             __10-26-2007__
                                                             **Initials of Deputy Clerk _sps_**