IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                Case No.: 3:07cr58/MCR
                                                                                 3:10cv201/MCR/MD

DAVID LEE SCHIMMEL,
    Defendant/Petitioner.
_____/

## NOTICE OF CORRECTION OF CITED AUTHORITY

COMES NOW Defendant/Petitioner, by and through undersigned counsel, and hereby submits the following correct authority regarding when a judgment of conviction becomes final for calculation of the AEDPA's one-year limitations period for federal habeas review, which includes motions to vacate sentence under 28 U.S.C. §§ 2255, and states as follows:

1. The correct case cite is <u>Adams v. U.S.</u>, 173 F.3d 1339 (11th Cir., 2001), which states that a "judgment of conviction becomes final" for the purposes of the AEDPA's one-year limitations period upon the <u>issuance</u> of the appellate court's mandate.

2. This authority bears directly on an issue presented by Defendant/Petitioner and may not support his position that the one-year limitations period should be calculated from entry of the mandate in the district court's docket and adjusted for service by mail under Fed. R. Civ. P. 6.

## RULE 7.1(B) CERTIFICATION

Not required.

CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court on this the 15th day of February, 2011, using the CM/ECF system, which will send notification of such filing to The Office of the United States Attorney, 21 E. Garden Street, Suite 400, Pensacola, Florida, 32501, and Assistant United States Attorney Edwin F. Knight.

                                      Respectfully submitted,

                                      s/Bert Oram
                                      _____
                                      BERT ORAM
                                      Attorney for Petitioner
                                      Florida Bar No. 0615439
                                      ORAM LAW FIRM, P.A.
                                      314 South Baylen St., Suite 116
                                      Pensacola, FL 32502
                                      (850) 497-7048