IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                           Case No.: 3:07cr58/MCR
                                                                              3:10cv201/MCR/CJK

DAVID LEE SCHIMMEL

_____/

O R D E R

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 22, 2011.  (Doc.290).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

      Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

      2.    The Government's motion to dismiss (doc. 257) is **GRANTED**.

      3.    Defendant's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 246) is **DISMISSED** as untimely.

      **DONE AND ORDERED** this 22nd day of April, 2011.

                            *s/ M. Casey Rodgers*
                            **M. CASEY RODGERS**
                            **UNITED STATES DISTRICT JUDGE**