IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.	Case No.: 3:07cr58/MCR
	3:10cv201/MCR/CJK

DAVID LEE SCHIMMEL

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 22, 2011. (Doc.290). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of defendant's objections. (Doc. 302).

Having considered the Report and Recommendation, and the objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Government's motion to dismiss (doc. 257) is **GRANTED**.

3. Defendant's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 246) is **DISMISSED** as untimely.

**DONE AND ORDERED** this 31st day of August, 2011.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**